SO. CAL. EQUAL ACCESS GROUP
Jason Yoon (SBN 306137)
Jason J. Kim (SBN 190246)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, MAL KIM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAL KIM,<br><br>  Plaintiff,<br><br>  vs.<br><br>DEVICI DEVELOPMENT, INC. D/B/A ARCO; and DOES 1 through 10,<br><br>  Defendants. | Case No.: 2:20-cv-04510 JFW (JEMx)<br>Hon. John F. Walter<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

   Notice is hereby given that Plaintiff Mal Kim ("Plaintiff") and Defendant have settled the above-captioned matter as to the entire case.  Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

 DATED:  December 14, 2020           **SO. CAL EQUAL ACCESS GROUP**


                                      ___*/s/ Jason J. Kim*___
                                      JASON J. KIM
                                      Attorney for Plaintiff